HOLTON *v.* HOLTON *et al.*

*Simmons, C. J.*—1. An administrator is under no duty of adminis-
tering as a portion of his intestate's estate property which did
not belong to the latter.

2. The verdict, upon the substantial merits of the case, was mani-
festly right, and therefore should not be set aside even if the
charge of the court was not in all respects accurate and correct.
July 13, 1896.   By two Justices.          *Judgment affirmed.*

Equitable petition.   Before Judge Sweat.   Appling su-
perior court.   August 19, 1895.

*Elisha D. Graham* and *E. P. Padgett*, for plaintiff.